[1]Daniel T. Quinn, ABA #8411141
RICHMOND & QUINN, P.C.
360 K Street, Suite 200
Anchorage, Alaska 99501-2038
Telephone: (907) 276-5727
Fax: (907) 276-2953
E-mails:
    dquinn@richmondquinn.com

Attorneys for Defendant
Home Depot U.S.A., Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATHERINE ZALEPPA,<br><br>        Plaintiff,<br><br>   v.<br><br>THE HOME DEPOT U.S.A., INC.,<br><br>        Defendant. | **NOTICE OF REMOVAL FROM STATE COURT**<br><br>Case No. 3:08-cv-_____ |

TO:      Clerk of Court
           The United States District Court
           For the District of Alaska

AND TO:  Robert Stone
           Law Office of Robert Stone, LLC
           1049 W. 5th Avenue, Suite 102
           Anchorage, AK  99501
           You are hereby notified pursuant to 28 U.S.C. § 1332

---

[1] The correct corporate name for defendant, The Home Depot U.S.A., Inc., is "Home Depot U.S.A., Inc."

and § 1446 (b) as follows:

1.  That the above-named defendant, Home Depot U.S.A., Inc., has this day filed in the United States District Court for the District of Alaska at Anchorage this Notice of Removal to said District Court of the action brought by Katherine Zaleppa in the Superior Court for the State of Alaska at Anchorage, Case No. 3AN-08-6448 CI. Exhibit A.

2.  That the above-named defendant has also filed a Notice of Removal with the Clerk of the Superior Court for the State of Alaska at Anchorage; and

3.  That said action has thereby been removed from the Superior Court for the State of Alaska at Anchorage to the United States District Court, District of Alaska at Anchorage.

4.  Defendant submits the following grounds for removal:

5.  Katherine Zaleppa is the plaintiff and Home Depot U.S.A., Inc. is the defendant in a case filed on April 7, 2008, in the Superior Court for the State of Alaska at Anchorage, Case No. 3AN-08-6448 CI. A copy of the Complaint is attached as Exhibit B.

6.  Plaintiff is a resident and citizen of the State of Alaska.

**NOTICE OF REMOVAL FROM STATE COURT**
Katherine Zaleppa v. The Home Depot U.S.A., Inc., 3:08-cv-_____
Page 2
Case 3:08-cv-00102-JWS   Document 1   Filed 04/29/08   Page 2 of 4

7. Defendant is incorporated in the State of Delaware with its principal place of business in the State of Georgia.

8. The initial pleading setting forth the claim for relief was received by defendant on April 10, 2008.

9. Fewer than 30 days have elapsed since the receipt by defendant of a copy of the initial pleading setting forth plaintiff's claim for relief.

10. This Court has jurisdiction pursuant to 28 U.S.C. §1332. This action may be removed pursuant to 28 U.S.C. § 1332 because it is between citizens of different states.

11. Defendant's efforts to effect removal of this action are in accordance with 28 U.S.C. § 1446(b).

12. Defendant consents to the removal of this case from Superior Court of Alaska for the State of Alaska to the United States District Court, District of Alaska at Anchorage.

13. Based on the above, this court has both original and removal jurisdiction over this action and defendant is entitled to remove this action from the Superior Court for the State of Alaska.

**NOTICE OF REMOVAL FROM STATE COURT**
Katherine Zaleppa v. The Home Depot U.S.A., Inc., 3:08-cv-_____
Page 3
Case 3:08-cv-00102-JWS   Document 1   Filed 04/29/08   Page 3 of 4

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

RICHMOND & QUINN, P.C.

DATED: 4/29/08       By: s/Daniel T. Quinn
                         Daniel T. Quinn, ABA #8211141
                         360 K Street, Suite 200
                         Anchorage, Alaska 99501-2038
                         Attorneys for Defendant
                         Home Depot U.S.A., Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 29th day of April, 2008, on:

Robert Stone
Law Office of Robert Stone, LLC
1049 W. 5th Avenue, Suite 102
Anchorage, AK  99501

s/Daniel T. Quinn
RICHMOND & QUINN

2282\007\pld\NOTICE OF REMOVAL (FEDERAL COURT)

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**NOTICE OF REMOVAL FROM STATE COURT**
Katherine Zaleppa v. The Home Depot U.S.A., Inc., 3:08-cv-_____
Page 4

Case 3:08-cv-00102-JWS   Document 1   Filed 04/29/08   Page 4 of 4