Daniel T. Quinn, ABA #8411141
RICHMOND & QUINN, P.C.
360 K Street, Suite 200
Anchorage, Alaska 99501-2038
Telephone: (907) 276-5727
Fax: (907) 276-2953
E-mails: dquinn@richmondquinn.com

Attorneys for Defendant
Home Depot U.S.A., Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATHERINE ZALEPPA,<br><br>        Plaintiff,<br><br>  v.<br><br>THE HOME DEPOT U.S.A., INC.,<br><br>        Defendant. | Case No. 3:08-cv-00102-JWS |

**<u>STIPULATION FOR DISMISSAL WITH PREJUDICE</u>**

COME NOW plaintiff and the defendant, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate to the dismissal of the above-captioned case with prejudice, each side to bear its own costs and attorney fees.

The undersigned counsel certify that the settlement

information required under AS 09.68.130 and Civil Rule 41(a)(3) has been submitted to the Alaska Judicial Council.

                                          LAW OFFICE OF ROBERT STONE, LLC

DATED: 7/23/08      By:    s/Robert D. Stone
                                        1049 W. 5th Avenue, Suite 102
                                        Anchorage, AK  99501
                                        Ph:  276-4190
                                        Fax:  276-4140
                                        Email: stonelaw@alaska.com
                                        ABA #9411128


                                          RICHMOND & QUINN

DATED: 7/23/08      By:    s/Daniel T. Quinn
                                          360 K Street, Suite 200
                                        Anchorage, AK  99501
                                        Ph:  276-5727
                                        Fax:  276-2953
                                        Email: dquinn@richmondquinn.com
                                        ABA #8211141


2282\007\pld\STIPULATION FOR DISMISSAL WITH PREJUDICE